USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/06/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Murray, *a/k/a* Leviticus Bofnet Lucfer,

                                    Plaintiff,

        -against-

City of New York, et al.,

                                   Defendants.

1:24-cv-03758 (JGLC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

On August 6, 2024, the undersigned issued an Order that provided Plaintiff until yesterday, September 5, 2024, to file an Amended Complaint. (8/6/24 Order, ECF No. 16.) A letter from Plaintiff, dated August 16, 2024, was filed yesterday to the ECF docket requesting, *inter alia*, (1) a copy of his Complaint, and (2) confirmation that the Court received an Amended Complaint that he avers was sent on July 26, 2024. (Pl.'s 9/5/24 Ltr., ECF No. 19.)

As for Plaintiff's first request, the undersigned's Chambers will mail to Plaintiff the Complaint, as well as correspondence reflecting information regarding the identities of certain Defendants (*i.e.*, Defendant City of New York's August 5, 2024 Status Report, the August 6, 2024 Order and Defendant City of New York's August 23, 2024 Status Report).

As for Plaintiff's second request, the Court has not received any amended pleading from Plaintiff. Accordingly, in view of Plaintiff's aversion that he mailed his amended pleading on July 26, 2024, and *pro se* status, the Court *sua sponte* extends the time for Plaintiff to submit (or re-submit) his Amended Complaint *nunc pro tunc* until Friday, October 4, 2024. As a reminder, the Amended Complaint will replace, not supplement, the original Complaint and

should include the individuals supplied by Defendants and against whom Plaintiff intends to sue in this action.

**SO ORDERED.**

Dated:     New York, New York
           September 6, 2024

_____
STEWART D. AARON
United States Magistrate Judge