**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| **Robert Murray**, *a/k/a* Leviticus Bofnet Lucfer, |
| **Plaintiff**, |
| -against- |
| **City of New York, et al.,** |
| **Defendants.** |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  09/16/2024
```

1:24-cv-03758 (JGLC) (SDA)

<u>**AMENDED ORDER**</u>

**STEWART D. AARON, United States Magistrate Judge:**

On August 6, 2024, the undersigned issued an Order that provided Plaintiff until yesterday, September 5, 2024, to file an Amended Complaint. (8/6/24 Order, ECF No. 16.) A letter from Plaintiff, dated August 16, 2024, was filed on September 5, 2024, to the ECF docket requesting, *inter alia*, (1) a copy of his Complaint, and (2) confirmation that the Court received an Amended Complaint that he avers was sent on July 26, 2024. (Pl.'s 9/5/24 Ltr., ECF No. 19.)

On September 6, 2024, the Court issued an Order addressing Plaintiff's letter and set a deadline for Plaintiff to file an Amended Complaint. (9/6/24 Order, ECF No. 20.)

On September 13, 2024, the ECF docket was updated with a letter mailed by Plaintiff, dated August 25, 2024, supplying the Court with his updated mailing address. In light of the foregoing and because Plaintiff would not have received the Court's September 6, 2024 Order when he mailed his August 25, 2024 letter, such that Plaintiff likely did not receive the Court's Order, the Court accordingly issues this Amended Order.

As for Plaintiff's first request, the undersigned's Chambers will again mail to Plaintiff the Complaint, as well as correspondence reflecting information regarding the identities of certain Defendants (*i.e.*, Defendant City of New York's August 5, 2024 Status Report, the August 6, 2024 Order and Defendant City of New York's August 23, 2024 Status Report).

As for Plaintiff's second request, the Court still has not received any amended pleading from Plaintiff. Accordingly, in view of Plaintiff's assertion that he mailed his amended pleading on July 26, 2024, and *pro se* status, the Court *sua sponte* extends the time for Plaintiff to submit (or re-submit) his Amended Complaint *nunc pro tunc* until Friday, October 18, 2024. As a reminder, the Amended Complaint will replace, not supplement, the original Complaint and should include the individuals supplied by Defendants and against whom Plaintiff intends to sue in this action.

**SO ORDERED.**

Dated:     New York, New York
           September 16, 2024

_____
STEWART D. AARON
United States Magistrate Judge

2