10/8/24

TO: Honorable, Steward D, Aaron

I am writing on behalf of my husband Robert Murray case Number 24CV3758, because of things beyond his control he would like for you to dismiss this case without Presjudice until he is able to answer the complaint or rather Respond, DOC isnt allowing him access to law library, he has no needed utensils to write, no stamps, no envelopes they are making it hard for him to get around due to the fact that he needs a wheelchair, he has documents stating that but DOC refuses to comply, so please once again dismiss without Prejudice until a later date, thank you

Cynthia Timpseed Murray

NEW YORK NY 100
9 OCT 2024 PM 12 L

USMS SDNY

Prosae Court
500 Pearl St
Nyc ny 10007

10007-131699

C. Turnipseed Murray
358 Pelham Pkwys
Apt 4E
Bronx NY 10462

RECEIVED
2024 OCT 17 AM 10:35
SDNY PRO SE OFFICE