```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/05/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Murray, a/k/a Leviticus Bofnet Lucfer,

                    Plaintiff,

-against-

City of New York, et al.,

                    Defendants.

1:24-cv-03758 (JGLC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Pending before the Court is a letter motion by the City of New York (the "City"), dated October 10, 2024, to stay this action pending the Court's decision in another action filed in the Southern District of New York, *Robert Murray v. City of New York*, Case No. 24-CV-04918 (JLR) (the "24-CV-04918 Action"), on an anticipated motion by the City to revoke the *in forma pauperis* ("IFP") status of Plaintiff Robert Murray ("Plaintiff"). (City's 10/10/24 Ltr. Mot., ECF No. 26.) The Court previously entered an Order reserving a ruling on the motion to stay (10/11/24 Order, ECF No. 27), and thereafter held a telephone conference (and issued a subsequent Order) with respect to Plaintiff's access to Law Library services, as well as his access to a wheelchair to transport him to the Law Library. (10/24/24 Order, ECF No. 30.)

    On November 1, 2024, the City filed a letter, in accordance with the Court's October 24, 2024 Order, stating that "Plaintiff has now been provided with a wheelchair and transferred to a new facility" and that "[t]his facility . . . provides inmates access to in-cell library services." (City's 11/1/24 Ltr., ECF No. 31, at 2.) On November 4, 2024, the City filed its anticipated motion in the

24-CV-04918 Action to revoke Plaintiff's IFP status, and accompanying papers. (*See* 24-CV-04918 ECF Nos. 19-21.)[1]

Based upon the Court's review of the City's motion papers in the 24-CV-04918 Action, and its consideration of the record in this action, it is hereby ORDERED, as follows:

1. Plaintiff's Letter Motion to stay is GRANTED.

2. This action is STAYED pending determination of the motion to revoke Plaintiff's IFP status in the 24-CV-04918 Action.

3. No later than three (3) days after the determination of the foregoing motion in the 24-CV-04918 Action, the City shall file a letter to the ECF docket in this action stating the disposition of the motion.

Because the City's November 1, 2024 letter stated that Plaintiff was transferred to a new facility (*see* City's 11/1/24 Ltr. at 2), the Court has reviewed publicly available information supplied by the NYC DOC Inmate Lookup, and ascertained that Plaintiff currently is housed at West Facility, at the following address:

> Robert Murray
> B&C No. 9902300038
> New York City Department of Correction
> West Facility (WF)
> 16-06 Hazen Street
> East Elmhurst, NY 11370

The Clerk of Court respectfully is directed to mail this Order to Plaintiff at the address supplied herein and update the ECF docket accordingly.

**SO ORDERED.**

---

[1] Plaintiff's response to the motion in the 24-CV-04918 Action is due on December 4, 2024, and the City's reply is due December 18, 2024. (24-CV-04918 ECF No. 16.)

Dated: New York, New York
November 5, 2024

_____
STEWART D. AARON
United States Magistrate Judge