USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Murray,

                Plaintiff,

-against-

City of New York, et al.,

                Defendants.

1:24-cv-03758 (JGLC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

On April 4, 2025, District Judge Clarke entered an Order adopting the undersigned's recommendation to revoke the *in forma pauperis* status of Plaintiff. (ECF No. 44.) Accordingly, it is hereby ORDERED that, no later than April 28, 2025, Plaintiff shall pay the filing fee of $405. If he fails to do so, this action shall be dismissed without prejudice.

In addition to the Clerk of Court mailing Plaintiff a copy of this Order, a courtesy copy shall be mailed by the undersigned's chambers to Cynthia Turnipseed at 758 Pelham Pkwy, Apt. 4F, Brooklyn, NY 10462.

SO ORDERED.

DATED:    New York, New York
            April 7, 2025

_____
STEWART D. AARON
United States Magistrate Judge